1472

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 18, 2006*

[Cite as *05/18/2006 Case Announcements*, 2006-Ohio-2433.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572.   State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. This cause came on for further consideration of appellant's motion for leave to file a response instanter to the notice of failure of payment filed by appellee Seaway Food Town, Inc. Upon consideration thereof,
    IT IS ORDERED by the court that the motion for leave is granted.

**2006–0568.   State v. Taylor.**
Montgomery App. No. 20649. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Montgomery County. It appearing to the court that appellant is without counsel,
    IT IS ORDERED by the court that Charles M. Miller of Cincinnati, Ohio, is appointed to represent appellant on a pro bono basis.

**2006–0788.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–276–EL–AIR. This cause is pending before this court as an appeal from the Public Utilities Commission. Upon consideration of the motion of Dayton Power & Light Company for leave to intervene as an appellee,
    IT IS ORDERED by the court that the motion is granted.

**2006–0829.   Ohio Partners for Affordable Energy v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–792–EL–ATA. This cause is pending before this court as an appeal from the Public Utilities Commission. Upon consideration of the motion of Dayton Power & Light Company for leave to intervene as an appellee,
    IT IS ORDERED by the court that the motion is granted.